

# NUMBER 13-10-00538-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**THE STATE OF TEXAS,**                                                     **Appellant,**

**v.**

**BRYANT ROSALES,**                                                         **Appellee.**

### On appeal from the 2nd 25th District Court
### of Lavaca County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela**
**Memorandum Opinion Per Curiam**

Appellant, the State of Texas, by and through its Assistant District Attorney, the Honorable Thomas A. Mitchell, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the

appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 2nd
day of December, 2010.